# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION TO PRACTICE**
$150.00[1]

Provide case number if admission requested by court: _____
Appearing on behalf of: _____

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_____
(Bar Code if Bar Applicable)

_____   (Law Firm or Federal Agency)
_____   (Mailing Address)
_____   (City, State, Zip)
_____   (Telephone/Fax Number)

I, _____, being duly sworn on oath say: That as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this ____ day of _____, 20__.   _____
(Signature of Applicant)
================================================================================

**(This portion must be completed and signed by either the clerk of the highest court in any state in which the applicant is admitted to practice OR by a member of the Bar of the United States District Court for the District of Nebraska).**

I hereby certify that the applicant is of good moral character and a member of the highest court of the state of _____ as certified by the applicant above. DATED this ____ day of _____, 20__.

**Clerk of the Supreme Court of the**                **Member of Bar, U.S. District Court**
**State of _____**           **For the District of Nebraska**
                                              OR
_____              _____
**(Please sign name)**                               **(Please sign name)**
_____              _____
**(Please print name)**                              **(Please print name)**

                                                     **NE Bar Code # _____**
================================================================================

IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this ____ day of _____, 20__.   _____
(Deputy Clerk)

Last update 5/25/06                                                      n:\proc\forms\attyadm.wpd

---

[1] The $150.00 filing fee is waived for federal agency attorneys.