## Purpose Codes with Fee Schedule (Numerically Ordered by Code)

| Code | Description | Fee | Additional Information |
|---|---|---|---|
| 100 | Copies | $0.50/page | Copy fees for copies made by a member of the clerk's staff; documents e-mailed or faxed |
| 101 | CD/tape duplication | $30.00 | Reproduction of recordings, including costs of materials regardless of the medium |
| 102 | Microfilm/microfiche | $6.00 | Microfilm/microfiche of court records |
| 103 | Record search | $30.00 | Name search of the records in the district court; per name |
| 104 | Certification of document | $11.00 | Certification; per document |
| 105 | Document exemplication | $21.00 | Exemplification |
| 106 | Return check charge | $53.00 | Returned check fee |
| 107 | Record retrieval | $64.00 | Retrieval of each case record from the Federal Record Center |
| 107A | Record retrieval | $39.00 each additional box | Retrieval of additional boxes from the Federal Record Center |
| 108 | Conscience fund | * | |
| 109 | Gift to U.S. | * | |
| 110 | Certificate of good standing | $18.00 | Good standing certificate or duplicate attorney admission certificate |
| 111 | Pro hoc vice admission fee | * | |
| 112 | Attorney admissions -- general | $176.00 | |
| 113 | Attorney admissions -- local | $20.00 | Attorney renewal fee (every two years) - use case number DNEX813CR999999-001 |
| 114 | Attorney admissions -- renewal | * | |
| 115 | Interest to government | * | |
| 117 | Recovery of court cost | * | |
| 118 | Sanctions/contempt of court | * | Attorney ordered to pay sanctions |
| 119 | Sale of publication | * | |
| 120 | Miscellaneous fees | * | Refunds for case/non-case that is not a Nebraska case - use case number DNEX812CRRETURN001; Money received for transcripts |
| 121 | Registration of a foreign judgment | $46.00 | Registration of judgment from another district |
| 200 | Civil filing fees | $400.00 | New case (including the $50.00 adminstrative fee for non-prisoner cases) |
| 201 | PLRA filing fees | $400.00 | New PLRA case and appeal fees (including $50.00 adminstrative fee for prisoner cases) |
| 202 | Writ of habeas corpus | $5.00 | Writ of habeas corpus |
| 203 | Notice of appeal/docketing fee | $505.00 | Appeal to 8th Circuit |
| 204 | Power of attorney | $46.00 | Registration of power of attorney |
| 205 | Miscellaneous papers | $46.00 | Foreign subpoenas (only if registered in our court); notice to take deposition; filing of papers not in a case |

## Purpose Codes with Fee Schedule (Numerically Ordered by Code)

| Code | Description | Fee | Additional Information |
|---|---|---|---|
| 206 | Misdemeanor appeals | $37.00 | |
| 207 | Cuban liberated civil filing fee | $6,355.00 | This fee is charged in addition to the civil filing fee |
| 300 | Misc. appropriated fund refund | * | Postage and phone refunds (see Finance) |
| 301 | Employee jury fee | * | Employee reimbursement for jury duty (see Finance) |
| 302 | Employee parking | * | |
| 400 | CJA repayment | * | |
| 500 | Travel advance repayment | * | |
| 501 | Substitute salary repayment | * | |
| 601 | Electronic printing fee | $0.10/page | Copies made by the public from public access terminals |
| 602 | CVB -- violation payment | * | |
| 603 | CVB -- processing fee | $25.00 | CVB processing fee |
| 700 | Criminal debt | * | Fine; restitution; special assessment |
| 701 | Treasury registry | * | Marshal sales, criminal bonds, civil bonds (Debt Type and Depository Line enter 1) |
| 703 | Registry interest treasury | * | Contact finance |
| 704 | Registry fee -- treasury | * | Registry handling fees - 10% government fee invested funds (contact finance) |
| 705 | Civil criminal accounting refund | * | N/A |
| 706 | Arbitration awards | * | |
| 707 | Garnishments | * | Court order specifically directing payment to clerk's office |
| 708 | Unclaimed monies | * | |
| 709 | Commercial registry -- other | * | |
| 710 | Passbook account | * | |
| 711 | Certificate of deposit | * | |
| 712 | U.S. Government securities | * | |
| 713 | Non-interest bearing | * | |
| 714 | Money market | * | Order from judge to invest funds (contact finance) |
| 715 | Commercial registry other interest | * | |
| 716 | Passbook registry interest | * | |
| 717 | Certificate of deposit registry interest | * | |
| 718 | U.S. Gov't securities registry interest | * | |
| 719 | Money market registry interest | * | Interest from bank for invested funds |

## Purpose Codes with Fee Schedule (Numerically Ordered by Code)

**Code**  **Description**                **Fee**                       **Additional Information**

# Purpose Codes with Fee Schedule (Numerically Ordered by Code)

**Code** **Description** **Fee** **Additional Information**

Approved on 11/23/2011
W:\district\proc\Financial