TO: Randy Gladish

FROM: Glenda Richardson

cc: Pat Brune
Paige Wymore-Wynn
Bill Terry
Shannon Brogan
Sharon Dover
Jim McKinney
Laura Bax, Attorney Admissions

Date: August 22, 2006

SUBJECT: Online payment of attorney dues

There are basically three instances in which our court receives money from attorneys with regard to their status as attorneys, as opposed to conducting their business within a case. The first is when the attorney first joins our bar, the second for the annual payment of dues, and the last is when an attorney has not paid those dues and must seek reinstatement. By far, the most voluminous of these is the annual dues payment.

Our operations group has discussed means by which we can get these payments to us through online payments, as opposed to our current method of processing these fees manually and/or through third party accounts. Bill informs me that he discussed a joint effort with the Kansas court some months back.

I've called Sharon to see whether there's any restrictions from her angle as to the use of the pay.gov module to accept these fees. She's very enthused about the theory. What I'm seeking from you at this point is a broad strokes analysis of the concept and a suggested path to pursue most vigorously.

My general thoughts suggest that we have two ways to approach this. The first is to use the processes already in place for our case management and expand upon those process, hopefully adding some additional automatic functions. I'd see this working in this manner:

- Each year a separate dummy case would be opened to house the payments. Perhaps something like 07-7777 with a style of Attorney Annual Fees v. 2007 would work for next spring's submissions.
- Using the program already developed to determine which attorneys receive the notice to pay, we send an email, inclusive of instructions, to those attorneys who are eligible to pay their dues.
- We develop an event that includes the pay.gov dpf, along with messages and instructions.
- Attorneys docket that event and pay their fees via credit cards.
- As pay.gov currently functions, these fees would be directed to the appropriate financial coding and accounts.
- Ideally, there's a way that the prid of the filer can be used to update their attorney

    admissions field to the current new year.
- Also ideally, that previously mentioned update would have a "check against" component that would only update an attorney who's current field is populated with the previous year's date. This is to stop someone who should be paying a reinstatement fee from simply using a coworker's instructions to attempt to update their own account.
- A report of anyone attempting to update their account erroneously would be sent to the Attorney Admissions clerk for follow-up.

  Obviously, even this listing would need great expansion. Yet, I believe it to be the path that least involves ground-breaking programming on the part of your department.

  My other idea would be to have this updating be done from the Maintain Your Account section of the CM/ECF system. This would certainly be more intuitive, from the angle of the user. It would also be useful in making every attorney review their current information for accuracy. However, I'm completely ignorant as to whether there's any way to link the pay.gov functions into that section of the computer, given that there's no case/event into which to insert the dpf.
  I'm not using your TrackIt system yet, since I'm seeking guidance and evaluation that would give me enough information to properly format a request. I'm anxious to hear your thoughts on these ideas. Time-frame-wise, I'd like to get this completely packaged and ready for use for our next updates, usually out to attorneys February 1 each year.
  As I mentioned above, Bill's had previous talks with Kansas which included the idea of making this a joint project. I think it would be a great move to use talent from both courts to get this going. Also, I've mainly explored the annual fees portion. In any development it would be even more amazing to include the other fee categories.
  Thanks for your help.