IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WYLE E. COYOTE, | ) | |
|---|---|---|
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| ACME COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

     ACME is a worldwide leader of many manufactured goods. From its humble beginnings providing corks and flypaper to bug collectors ("Buddy's Bug Hunt/1935") to its heyday in the American Southwest supplying a certain coyote, from Ultimatum Dispatchers to Batman outfits, ACME has set the standard for excellence.

     For the first time ever, information and pictures of all ACME products, specialty divisions, and services featured in Warner Bros. cartoons (made by the original studio from 1935 to 1964) are gathered here, in one convenient catalog. For more information about any ACME product, simply click on the thumbnail picture.

     DATED this 2$_{nd}$ day of December, 2003.

                                             s/ Bobby Donnell
                                             Bobby Donnell #12345
                                             DONNELL, YOUNG LAW FIRM
                                             72 Beacon Street
                                             Boston, MA 02108
                                             Email: lkp@ned.uscourts.gov