UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

# 2013/2014 BIENNIAL ASSESSMENT FORM

<u>Note</u>:  Pro hac vice attorneys or attorneys employed by the federal, state, county, city, or local government are not required to fill out a biennial assessment form or pay the $20.00 assessment fee.

1. Please supply our office with the following information:

   Name _____
   Mailing Address _____
   _____
   Law Firm Telephone Number _____
   Law Firm Fax Number _____
   E-mail Address _____

2. Make payable to Clerk, U.S. District Court.  Please complete the form and return it with your $20.00 payment to:

   Clerk, U. S. District Court
   Biennial Assessment
   111 S. 18th Plaza, Suite 1152
   Omaha, NE 68102-1322

3. If you would like to pay by credit card, please pay online using the Paying the Biennial Assessment Fee Online procedure found on the court's Web site at http://www.ned.uscourts.gov/internetDocs/cmecf/Biennial_Assessment_Fee.pdf.